# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. **1:22-MJ-00927-ML** |
| DAVID LLOYD WALTHER | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAVID LLOYD WALTHER                 ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

From in or about August 2022 through November 9, 2022, in the Western District of Texas, Defendant WALTHER did knowingly and unlawfully commit one or more of the following offenses:  Distribution / Receipt / Transportation / Possession of Child Pornography (18 U.S.C. § 2252A).

Date:  November 9, 2022

*Issuing officer's signature*

City and state:   Austin, Texas       MARK LANE, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*